

**TAMIKA N. HARDY**
PARTNER
(516) 357-3316
tamika.hardy@rivkin.com

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

> Application denied.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         October 16, 2025

<u>**VIA ECF**</u>

Hon. Philip M. Halpern
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas St.
White Plains, NY 10601-4150

Re:   Green v. ProHealth Dental PLLC
      Docket No. 25-cv-06135
      RR File No.: 007715-00010

Dear Judge Halpern:

This firm represents Defendants ProHealth Dental PLLC, ProHealth Dental Management LLC and Anna Ortiz in the above-referenced action. Pursuant to Rule 1(C) of Your Honor's Individual Motion Practices and Rules, I respectfully submit this letter on behalf of all parties to request a brief stay of discovery and adjournment of the initial conference scheduled on November 5, 2025 pending completion of court-ordered mediation.

This is the parties' first request for an adjournment. The parties are jointly requesting an adjournment because this matter has been referred to mediation by the Court and it would be most productive for the parties to direct their time and resources to mediation rather than discovery. Additionally, the parties can avoid unnecessary litigation costs while we are trying to settle the case. Accordingly, we respectfully request that the initial conference be adjourned for at least 90 days. We thank you for your courtesies regarding the scheduling of this matter.

Respectfully submitted,

RIVKIN RADLER LLP

_/s/ Tamika Hardy_

Tamika N. Hardy

cc: Rudy Dermesropian

4898-5167-2435, v. 1

66 South Pearl Street      25 Main Street, Court Plaza North    1301 Riverplace Boulevard    477 Madison Avenue       2649 South Road, Suite 100
Albany, NY 12207-1533      Suite 501                            Jacksonville, FL 32207-9047  New York, NY 10022-5818  Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199  Hackensack, NJ 07601-7082        T 904.792.8925 F 904.467.3461  T 212.455.9555 F 212.687.9044  T 845.473.8100 F 845.473.8777
                           T 201.287.2460 F 201.489.0495