UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERTA GREEN,

Plaintiff,

-against-

PROHEALTH DENTAL PLLC, et al.,

Defendants.

**ORDER**

25-CV-06135 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court, at the parties' request, scheduled a settlement conference for May 7, 2026. The Court directed counsel to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed five pages in length, no later than five business days prior the conference. (Doc. 23). Counsel did not submit *ex parte* letters as directed. Accordingly, the Court extends the time to do so until today, May 1, 2026, at 5:00 p.m.

As a reminder, the *ex parte* letters should only be sent to Chambers by e-mail, at HalpernNYSDChambers@nysd.uscourts,gov. Do not file the *ex parte* letters on the docket.

**SO ORDERED.**

Dated:    May 1, 2026
          White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge